**Electronically Filed
Supreme Court
SCWC-16-0000398
08-SEP-2017
09:05 AM**

SCWC-16-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

YURIE YAMANO, Petitioner/Plaintiff-Appellant,

vs.

DOCTOR KEIICHI KOBAYASHI and DOCTOR KATIE HUANG,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000398; CIVIL NO. 14-1-2135 (RAN))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Yurie Yamano's
application for writ of certiorari filed on July 31, 2017, is
hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be
held, subject to further order of this court.  Any party may,
within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules
of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, September 8, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

